UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCGANN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAUSALITO, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-02042-EMC<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*; DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER; AND ORDER TO SHOW CAUSE**<br><br>Docket Nos. 2-3 |

　　Currently pending before the Court is Plaintiff James McGann's application to proceed *in forma pauperis* ("IFP") and motion for a temporary restraining order ("TRO").

　　Based on the financial affidavit filed by Mr. McGann, the Court **GRANTS** the motion to proceed IFP. The Court also orders the U.S. Marshals' Office to serve this order, the summons and complaint on Defendants because it appears Mr. McGann may have a viable claim for relief. He alleges, in effect, that he has been denied the ability to stay at the Marinship Park encampment and has nowhere else to go. *See generally Martin v. City of Boise*, 920 F.3d 584 (9th Cir. 2019). This ruling, however, does not preclude Defendants from filing, *e.g.*, a 12(b)(6) motion to dismiss Mr. McGann's case.

　　Turning to the TRO motion, it appears that the motion is moot. The City has provided evidence that Mr. McGann has found alternative housing. *See* Gregory Decl. ¶ 7 (testifying that Mr. McGann leased a room on March 31, 2022, and that Mr. McGann's aunt confirmed on April 8, 2022, that he was currently housed). Accordingly, the motion is **DENIED** but without prejudice.

1   Finally, the Court notes that, in his complaint, the only relief Mr. McGann sought was that
2   he "be allowed to camp at Marinship Park."  Compl. ¶ V.  Now that Mr. McGann has found
3   alternative housing, it appears that his case – in its entirety – is moot.  Accordingly, the Court
4   hereby **ORDERS** Mr. McGann **TO SHOW CAUSE** as to why his case should not be dismissed
5   based on mootness grounds.  Mr. McGann shall file a response by **May 2, 2022**.  The Court
6   forewarns Mr. McGann that, if he fails to file a timely response to this order to show cause, then
7   the Court shall automatically instruct the Clerk of the Court to enter a final judgment and close the
8   file in this case.

9   This order disposes of Docket Nos. 2 and 3.

11  **IT IS SO ORDERED**.

13  Dated: April 15, 2022

    _____
    EDWARD M. CHEN
    United States District Judge