UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCGANN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAUSALITO, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-02042-EMC<br><br>**ORDER OF DISMISSAL** |

　　Previously, the Court issued an order to show cause to Mr. McGann.  Specifically, the Court directed Mr. McGann to show cause as to why his case should not be dismissed based on mootness grounds (*i.e.*, because he had obtained alternative housing and therefore no longer needed to camp at Marinship Park).  The Court warned Mr. McGann that, if he failed to file a timely response to the order to show cause, it would automatically instruct the Clerk of the Court to enter a final judgment and close the file in the case.

　　The time for Mr. McGann to file a response (May 2, 2022), has now passed.  The Court has not heard from Mr. McGann.

　　Accordingly, the Court dismisses the case with prejudice and orders the Clerk of the Court to enter a final judgment and close the file in the case.

　　**IT IS SO ORDERED**.

Dated: May 6, 2022

_____
EDWARD M. CHEN
United States District Judge